**ERIN J. RADEKIN**
**Attorney at Law – SBN 214964**
2012 H Street, Suite 200
Sacramento, CA 95811
Telephone:  (916) 504-3931
Facsimile:   (916) 447-2988

Attorney for Petitioner
JIMMY HENDRY RIVERA GUTIERREZ

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JIMMY HENDRY RIVERA GUTIERREZ**.<br><br>                    Petitioner,<br><br>         v.<br><br>**WARDEN OF THE CALIFORNIA CITY DETENTION FACILITY, et al**.,<br><br><br>                    Respondents. | CASE NO. 1:26-CV-03404-DJC-CKD<br><br><br>**ORDER RE: MOTION TO EXTEND TIME TO FILE FURTHER BRIEF IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER** |

GOOD CAUSE APPEARING, and for the reasons set forth in the accompanying Motion to Extend Time to File Further Brief in Support of Motion to Temporary Restraining Order, the Court grants petitioner's motion to extend time.  Petitioner may file such further brief no later than June 2, 2026.

IT IS SO ORDERED this 27th day of May, 2026.


/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

1