**ERIN J. RADEKIN**
**Attorney at Law – SBN 214964**
2012 H Street, Suite 200
Sacramento, CA 95811
Telephone:  (916) 504-3931
Facsimile:   (916) 447-2988

Attorney for Petitioner
**JIMMY HENDRY RIVERA GUTIERREZ**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JIMMY HENDRY RIVERA GUTIERREZ**, <br><br> Petitioner, <br><br> v. <br><br> **WARDEN OF THE CENRAL VALLEY ANNEX DETENTION FACILITY; ET AL.,** <br><br> Respondent. | CASE NO. 1:26-CV-03404-DJC-CKD <br><br> **ORDER GRANTING MOTION FOR LEAVE TO FILE FIRST AMENDED PETITION** |

Having considered Petitioner Jimmy Hendry Rivera Gutierrez's Motion for Leave to File First Amended Petition for Writ of Habeas Corpus, the proposed First Amended Petition, the record in this matter, and any response filed by Respondents, the Court finds good cause to grant leave to amend.

Petitioner filed the original petition pro se while detained. Counsel has since been appointed and has reviewed additional records relevant to Petitioner's custody history, re-detention, and the March 10, 2026 custody redetermination proceedings. The proposed First Amended Petition clarifies the factual and legal basis for Petitioner's habeas claims, including Petitioner's challenge to his January 2026 re-detention after prior federal custody and release as an unaccompanied minor, his claims under *Garro Pinchi* and related due-process principles, and his claim that the March 10, 2026 custody redetermination did not cure the unlawful re-detention because the resulting order was conclusory and

1

did not provide meaningful review. This case remains at an early stage, Respondents have not yet answered the petition, and amendment will assist the Court in resolving the issues presented.

Accordingly, IT IS HEREBY ORDERED that:

1.  Petitioner's Motion for Leave to File First Amended Petition for Writ of Habeas Corpus is GRANTED;

2.  The proposed First Amended Petition for Writ of Habeas Corpus is deemed filed as of the date of this Order;

3.  Counsel for the petitioner is directed to file the First Amended Petition for Writ of Habeas Corpus on the docket on or before June 4, 2026; and

Respondents shall respond to the First Amended Petition within the time set by further order of the Court.

IT IS SO ORDERED.

Dated:  June 2, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

2